**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**                                                      **CRIMINAL ACTION NO. 4:07CR57**

**JAMES EDWARD CONEGIE**

## ORDER

This cause is before the Court on the defendant's Motion for Continuance [15]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

That the defendant seeks a continuance in order to permit him to continue negotiations with the United States in an effort to reach a plea agreement. In addition, defense counsel avers that he has a conflicting trial setting. The government is unopposed to the requested continuance. Based on the foregoing, the Court finds that the defendant's motion is well-taken and should be granted.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(8)(A), the period of delay from July 2, 2007 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given the circumstances described above, a continuance is necessary to permit defendant to finalize his agreement with the government, thereby avoiding the necessity of a trial. Therefore, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1.        The defendant's Motion for Continuance [15] is GRANTED;

2. That the trial of this matter is continued until Monday, August 20, 2007 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi; multiple voir dire is to be held at the same time and place;

3. That the delay from July 2, 2007 until August 20, 2007 is excluded as set out above;

4. That the deadline for filing pretrial motions is July 30, 2007;

5. That the deadline for submitting a plea agreement is August 6, 2007.

SO ORDERED, this the 19th day of June, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE