IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**UNITED STATES OF AMERICA**

**VERSUS**                      **CIVIL ACTION NO. 4:07CR57**

**JAMES EDWARD CONEGIE**

## ORDER

This cause is before the court on the defendant's Motion for Copies [45]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is not well-taken and should be denied. In the absence of a pending motion under 28 U.S.C. § 2255 setting forth some factual allegations from which the court can determine and certify that petitioner's claim is not frivolous and that a transcript is necessary to present it effectively, the court has no authority under 28 U.S.C. § 753(f) to provide a free transcript or other copies from the Court file. Accordingly, defendant's Motion for Copies [45] is not well-taken and should be, and hereby is, DENIED.

SO ORDERED, this the 17th day of February, 2009.

                                                   /s/ W. Allen Pepper, Jr.
                                                   W. ALLEN PEPPER, JR.
                                                   UNITED STATES DISTRICT JUDGE